UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

FERNANDO ROCHET CANABAL
Plaintiff,

CIVIL NO. 98-2053 (JP)

vs.

ARAMARK CORPORATION, et al.
Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 9, 1999<br>**Docket:** #63<br>[X] **Plffs**     [ ] **Defts**<br>**Title:** Informative Motion | **NOTED.** Plaintiff has informed the Court that the above captioned case has been settled and that the parties will file a joint stipulation on or before **September 16, 1999**. |

Date: 9/13/99

By: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By: no          #65

3