UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

FERNANDO ROCHET CANABAL
Plaintiff,

CIVIL NO. 98-2053 (JP)

vs.

ARAMARK CORPORATION, et al.
Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 9, 1999<br>Docket: #64<br>[] Plffs         [X] Defts<br>Title: Notice to the Court<br><br>Date: 9/13/99 | **NOTED AND GRANTED.** The Court modifies its previous Order ruling on Plaintiff's Informative Motion (docket No. 63) and hereby **ORDERS** the parties to file their Join Confidential Agreement Under Seal on or before **September 20, 1999.**<br><br>By: [signature]<br>JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:            EOD:

By:            #66