IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FERNANDO ROCHET CANABAL

    Plaintiff

vs.     CIVIL NO. 98-2053 (JP)

ARAMARK CORPORATION, et al

    Defendants

## FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and the Settlement Agreements filed under seal, which are hereby **GRANTED**, the Court hereby **DISMISSES WITH PREJUDICE** the Complaint in the above captioned case.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 22nd day of September, 1999.

    JAIME PIERAS, JR.
    U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)