RECEIVED & FILED
1999 SEP 27 AM 8:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FERNANDO ROCHET CANABAL
Plaintiff,

CIVIL NO. 98-2053 (JP)

vs.

ARAMARK CORPORATION, et al.
Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 20, 1999<br>**Docket:** #67<br>[ ] **Plffs**       [X] **Defts**<br>**Title:** Motion for Filing Confidential Settlement Agreement Under Seal | GRANTED.. |

Date: 9/22/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: SEP 27 1999   EOD:
By: ____   #71